# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1384

_____

RAYTAURUS E. ARMSTRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

September 18, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Raytaurus E. Armstrong, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.